Date signed August 13, 2015



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No.  12-32701-TJC |
| Steven F. Madeoy | * | Chapter   7 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MEMORANDUM OF DECISION ON INTERIM FEE APPLICATION

On July 1, 2015, Yumkas, Vidmar & Sweeney, LLC, counsel for Roger Schlossberg, Chapter 7 Trustee, filed its second interim application for compensation.  The applicant requests compensation of $393,561.64 (after exercise of billing discretion) and reimbursement of expenses of $7,954.64 from July 17, 2014, through May 31, 2015.  Services were provided in Steven F. Madeoy's chapter 7 case and in the related case of 3501 13th Street, NW, LLC (Case No. 13-22333).  David Scott Posey filed an objection to the second interim application, arguing that the compensation is inflated.  ECF 155.  Robert D. Schaechter and Todd and Jennifer Norris also join in Mr. Posey's objection.[1]  ECF 156 and 158.

On July 22, 2015, the Trustee and the United States Trustee submitted a proposed consent order in which the Trustee agrees to hold-back 30 percent of the requested compensation pending approval of a final fee application and a motion for allowance of payment as an administrative

---

[1] By stipulation with the Trustee, Rhona Friedman was given an extension to file an objection through August 4, 2015, subsequently extended to August 11, 2015.  ECF 159 and 162.  Ms. Friedman had not filed an objection as of the entry of this order.

1

expense in the related case 3501 13th Street, NW, LLC, Case No. 13-22333. In the consent order, the United States Trustee states she reviewed the application and determined that $128,582.10 worth of applicant's time is attributable to work performed in connection with the bankruptcy case of 3501 13th Street, NW, LLC, and therefore those fees should be sought in a fee application filed in that case. The agreement reduces the fees sought in the interim application from $428,607 (before exercise of billing discretion) to $300,024.90.

The court adopts the approach taken by the United States Trustee to resolve the interim application. This approach substantially reduces the administrative burden on the Madeoy estate, while preserving the rights of all parties in interest to object to the fees in a final fee application. This approach is particularly appropriate here, where the objecting parties are all adversaries in litigation brought by the Trustee, and where much of the administration of the estate involves prosecuting lawsuits, the results of which cannot be determined at this time.

Accordingly, the court will enter the Stipulation and Consent Order Regarding the Second Interim Application for Compensation for Services Rendered and Reimbursement of Expenses Incurred by Yumkas, Vidmar and Sweeney, LLC as Special Counsel for the Trustee for the Period Covering July 17, 2014 through May 31, 2015. The order is entered without prejudice to the rights of parties in interest to object to the applicant's fees and expenses in a final fee application.

cc:    Jeffrey M. Orenstein, Esq.
       Goren, Wolff & Orenstein, LLC
       Shady Grove Plaza
       15245 Shady Grove Road, Suite 465
       Rockville, Maryland 20850

       Matt Simmons, Esq.
       Law Offices of Matt Simmons, Esq., P.C.,
       401 E. Jefferson Street, Suite 201
       Rockville, Maryland 20850

Paul Sweeney, Esq. and Corinne Donohue, Esq.
Yumkas, Vidmar & Sweeney, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland 21044

Brian R. Seeber, Esq.
6 Slow Stream Way
Ormond Beach, Florida 32174

Richard H. Gins, Esq.
The Law Office of Richard H. Gins, LLC
3 Bethesda Metro Center, Suite 530
Bethesda, Maryland 20814

Roger Schlossberg, Trustee
18421 Henson Boulevard, Suite 201
Hagerstown, Maryland 21742

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770